# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Antonio Monroe<br>*Plaintiff(s)*<br>v.<br>Board of Ed of IDJJ, 428 et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) | Case Number: 3:24-cv-02639 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Antonio Monroe

DATED: 4/16/2025

/s/ Alexandra Kuske
Signature

Alexandra Kuske
Name

20 N. Michigan Ave, Suite 300, Chicago, Il
Address

312-895-7235
Phone Number

312-273-1200
Fax Number

alexandra@equipforequality.org
E-Mail Address