**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** 08/2026 |

**<u>STATEMENT OF SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Antonio Monroe ("Mr. Monroe" or "Plaintiff"), by and through his undersigned attorneys, submits the following Statement of Supplemental Facts pursuant to Rule 56 of the Fed. R. Civ. P. and Local Rule 56.1 in support of his Motion for Summary Judgment:

1. Plaintiff was the prevailing party and is entitled to reasonable fees and costs. (Answer, ECF No. 9 at ¶¶ 18-19). Defendants have failed to pay Equip for Equality fees, costs, or ordered reimbursements. (Answer, ECF No. 9 at ¶ 17).
2. Mr. Monroe is diagnosed with Attention-Deficit/Hyperactivity Disorder, combined presentation; Specific Learning Disorder in reading, Surface Dyslexia; Specific Learning Disorder in written expression; Specific Learning Disorder in mathematics; and Language Disorder. (Answer, ECF No. 9 at ¶ 9). During Mr. Monroe's time of special education eligibility while incarcerated in the Illinois Department of Corrections, Mr. Monroe received no credit bearing coursework

or special education services. (IHO Decision, ECF No. 1-2 at ¶¶16-23).

3. Plaintiff's attorney, Ms. Olga Pribyl's standard billing rate for her work is $550 per hour. (Declaration of Olga Pribyl, Pl.'s Ex. 1 at ¶ 19 [hereinafter "Pribyl"]). Ms. Pribyl graduated from The Notre Dame School of Law in 1985 and became a partner at Monahan & Cohen. *Id.* at ¶¶ 4, 7. Ms. Pribyl later joined Equip for Equality ("EFE") in 2007 as Vice President of the Special Education Clinic and Pro Bono. *Id.* at ¶ 5. In this role, Ms. Pribyl has overseen all of the Clinic's litigation, including leading class action lawsuits. *Id.* at ¶¶ 12, 14. In 2019, Ms. Pribyl joined the ACLU of Illinois as class co-counsel in the *R.J. v. Vickery* case, Case No. 12-CV-07289, for the subclass of students with disabilities, where she continues to represent the subclass to ensure they receive the special education services to which they are legally entitled while in the custody of the IDJJ. *Id.* at ¶¶ 15-16.

4. Plaintiff's attorney, Ms. Rachel Shapiro's standard billing rate for her work is $475 per hour. (Declaration of Rachel Shapiro, Pl.'s Ex. 2 at ¶ 15). Ms. Shapiro graduated from the Ohio State University Moritz College of Law in 2006. *Id.* at ¶ 3. She joined EFE in 2006 and became the Managing Attorney of the Special Education Clinic in 2021. *Id.* at ¶ 4. Ms. Shapiro represents students in administrative hearings, federal litigation, and systemic cases in her role with the clinic. *Id.* at ¶ 6. In 2019, Ms. Shapiro joined the ACLU of Illinois as class co-counsel in the *R.J. v. Vickery* case, Case No. 12-CV-07289, for the subclass of students with disabilities, where she continues to represent the subclass to ensure they receive the special education services to which they are legally entitled while

in the custody of the IDJJ. *Id.* at ¶ 7. Ms. Shapiro has also worked on several other systemic issues regarding education in juvenile detention centers. *Id.* at ¶¶ 9-14.

5. Plaintiff's attorney, Ms. Alexandra Kuske's standard billing rate for her work is $325 per hour. (Declaration of Alexandra Kuske, Pl.'s Ex. 3 at ¶ 10). Ms. Kuske graduated from the Northwestern Pritzker School of Law in 2020. *Id.* at ¶ 3. She became a Staff Attorney at the Special Education Clinic at EFE in 2020 where she has represented clients in IEP meetings, mediations, and administrative proceedings. *Id.* at ¶ 4. Ms. Kuske has worked on systemic matters at two detention centers in Illinois. *Id.* at ¶¶ 5-6, 9.

6. Plaintiff's attorney, Ms. Amanda Klemas's standard billing rate for her work is $425 per hour. (Declaration of Amanda Klemas, Pl.'s Ex. 4 at ¶ 7). Ms. Klemas graduated from Harvard Law School in 2011. *Id.* at ¶ 3. She practiced special education law in Massachusetts before joining EFE as a Staff Attorney in 2014 and later becoming a Senior Attorney. *Id.* at ¶ 4. Ms. Klemas represents students in IEP Meetings, mediations, and administrative due process proceedings and supervises three Staff Attorneys. *Id.* at ¶ 5.

7. Plaintiff's attorney, Ms. Cristina Kinsella's standard billing rate for her work is $375 per hour. (Declaration of Cristina Kinsella, Pl.'s Ex. 5 at ¶ 12). Ms. Kinsella was admitted to the California bar in 2015, was a Public Defender in California, and an attorney at Disability Rights California. *Id.* at ¶¶ 3, 8-10. Ms. Kinsella joined EFE in 2022 and is currently a Senior Attorney. *Id.* at ¶ 5. Ms. Kinsella has represented primarily court-involved clients at IEP meetings, school expulsion hearings, mediations, and due process hearings. *Id.* at ¶ 6.

8. Plaintiff's attorney, Ms. Jessica Range's standard billing rate for her work is $375 per hour. (Declaration of Jessica Range, Pl.'s Ex. 6 at ¶ 9). Ms. Range worked in private practice after becoming admitted to the Illinois bar in 2013, handling all stages of litigation. *Id.* at ¶¶ 3-4. Ms. Range joined EFE in 2020 as a Staff Attorney and is currently a Senior Attorney. *Id.* at ¶ 5. Ms. Range has represented clients in IEP meetings, mediations, and administrative proceedings. *Id.* at ¶ 6.
9. Plaintiff's attorney, Mr. G. Michael Shea's standard billing rate for his work is $375 per hour. (Declaration of G. Michael Shea, Pl.'s Ex. 7 at ¶ 8). Mr. Shea worked in private practice after becoming licensed in 2013. *Id.* at ¶¶ 2, 5. Mr. Shea joined EFE in 2014 and is currently a Senior Attorney and Helpline Manager. *Id.* at ¶ 3. Mr. Shea has represented clients in IEP meetings, mediations, school expulsion hearings, administrative due process proceedings and in federal court appeals of administrative due process proceedings. *Id.*
10. Ms. Ashley Fretthold is the Associate Director of the Children and Families Practice at Legal Aid Chicago, a legal services organization providing representation in various civil rights areas, including special education. (Declaration of Ashley Fretthold, ECF No. 1-6 at ¶¶ 3-4). Ms. Fretthold has extensive familiarity with special education law and the legal practice in Illinois. *Id.* at ¶¶ 2-5. She is a member of Legal Aid Chicago's attorneys' fees committee and affirms that Legal Aid Chicago's rates are consistent, and in some places higher, than EFE's rates. *Id.* at ¶¶ 14-18. Ms. Fretthold states that she believes this case was the first of its kind in Illinois (along with a companion case). *Id.* at ¶ 19. She has reviewed EFE's timeslips in the case and declared that in her

judgment they are reasonable and consistent with the results that EFE obtained. *Id.* at ¶ 19.

11. Mr. Charles Fox is an attorney that has been licensed to practice in Illinois since 1986. (Declaration of Charles Fox, ECF No. 1-6 at ¶ 2). Mr. Fox's standard billing rate for his work is $550 per hour. *Id.* at ¶ 17. Mr. Fox has extensive familiarity with special education law. *Id.* at ¶¶ 3-4. Mr. Fox states that he believes this case was the first of its kind in Illinois (along with a companion case). *Id.* at ¶ 18. Mr. Fox has reviewed EFE's timeslips in the case and declared that in his judgment they are reasonable and consistent with the results that EFE obtained and with the level of practice and experience of the attorneys on the case. *Id.* at ¶¶ 5-18.

12. Mr. Thomas E. Kennedy, III is a private attorney and the founder of Kennedy Hunt P.C. (Declaration of Thomas E. Kennedy, ECF No. 1-6 at ¶ 2). He has practiced since 1972 and has concentrated on special education and disability rights since 1994. *Id.* at ¶ 3. Mr. Kennedy's standard billing rate is between $475 and $500 an hour depending on the case. *Id.* at ¶ 10. Mr. Kennedy began his career at Land of Lincoln Legal Assistance Foundation, Inc. *Id.* at ¶ 3. He has also taught at St. Louis University School of Law, served on training and planning committees for Illinois Courts, and authored several articles on special education law. *Id.* at ¶¶ 4-5. Mr. Kennedy has handled more than fifty due process cases and several federal cases on issues involving special education fees litigation. *Id.* at ¶¶ 7-8. Mr. Kennedy states that EFE is the only Illinois public interest law firm he knows that regularly handles special education cases in Southern and Central Illinois. *Id.* at ¶ 11. He has reviewed EFE's timeslips in the case and declared that

in his judgment they are reasonable and consistent with the results that EFE obtained, the complexity of the case, and with the experience of the attorneys on the case. *Id.* at ¶¶ 12-15. He states that if his firm had handled this case it would have "devoted at least as many hours" to the case as EFE. *Id.* at ¶ 15.

13. Ms. Julie Welsh is a private attorney licensed to practice in Illinois. (Declaration of Julie Welsh, ECF No. 1-6 at ¶ 2). She was admitted to practice in 1996. *Id.* Ms. Welsh's standard billing rate for her work is $550 per hour. *Id.* at ¶ 17. Ms. Welsh has extensive familiarity with special education law and has worked in the family law clinic at Association House, at First Defense Legal Aid, and as a senior attorney at the Cook County Public Guardian's Office. *Id.* at ¶ 3. Ms. Welsh states that she believes this case was the first of its kind in Illinois (along with a companion case). *Id.* at ¶ 18. Ms. Welsh has reviewed EFE's timeslips in the case and declared that in her judgment they are reasonable and consistent with the results that EFE obtained and with the level of practice and experience of the attorneys on the case. *Id.* at ¶¶ 5-18.

14. Mr. Matthew D. Cohen is a private attorney licensed to practice in Illinois. (Declaration of Matthew D. Cohen, ECF No. 1-6 at ¶ 1). He was admitted to practice in 1981. *Id.* Mr. Cohen's standard billing rate for his work is $600 per hour. *Id.* at ¶ 11. Mr. Cohen has extensive knowledge of special education law and legal practice in Illinois. *Id.* at ¶ 4. He services as the Chair of the Illinois Attorney General's Advisory Counsil on Disability Rights Special Education Committee, has prosecuted dozens of due process hearings, has lectured widely on special education issues, and testified as an expert witness in the Northern

District in a special education case. *Id.* at ¶¶ 4-10. Mr. Cohen states that he believes this case was the first of its kind in Illinois (along with a companion case). *Id.* at ¶ 21. Mr. Cohen has reviewed EFE's timeslips in the case and declared that in his judgment they are reasonable and consistent with the results that EFE obtained and with the level of practice and experience of the attorneys on the case. *Id.* at ¶¶ 12-22.

15. Plaintiff asked Defendant to pay a total of $268,968.45 for expenses incurred in connection with the underlying due processing hearing, including $256,430.00 in legal fees, $325.95 in costs, and $12,212.50 in expert expenses ordered to be reimbursed by the Impartial Hearing Officer ("IHO"). (Complaint, ECF No. 1 at ¶¶ 23-24; Answer, ECF No. 9 at ¶ 16).

16. Plaintiff has accrued additional fees litigating the federal fee petition case. (Equip for Equality Timesheets, Pl.'s Ex. 8 [hereinafter "Timesheets"]).

17. Ms. Olga Pribyl, Vice President of the Special Education Clinic, has reviewed all Plaintiff's attorneys' time entries, including the fees for the underlying hearing and the current case. (Pribyl, Pl.'s Ex. 1 at ¶ 24). Ms. Pribyl was responsible for staffing allocation during both matters and determined when additional staffing was needed for supervision purposes. *Id.* at ¶ 3. Fees are being sought at EFE's standard rates and Ms. Pribyl has reduced the total amount of requested fees by $94,172.50 after exercising billing judgment. (Timesheets, Pl.'s Ex. 8; Pribyl, Pl.'s Ex. 1 at ¶¶ 3, 19-22, 24).

18. After the above reduction, EFE charged $289,512.50 in legal fees representing Mr. Monroe and charged $325.95 in costs and $12,212.50 in expert

expenses that the Impartial Hearing Officer ordered to be reimbursed, for a total amount of $302,050.95 (Timesheets, Pl.'s Ex. 5; IHO Order, ECF No. 1-2 at 23; Pribyl, Pl.'s Ex. 1 at ¶ 25).

Dated: February 9, 2026

Respectfully submitted,
/s/ Rachel Shapiro
One of the Attorneys for the Plaintiff

Olga Pribyl
olga@equipforequality.org
Rachel Shapiro
rachel@equipforequality.org
Alexandra Kuske
alexandra@equipforequality.org
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, Illinois 60602
Telephone: (312) 341-0022
Facsimile: (312) 800-0912
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing STATEMENT OF SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT to be filed electronically with the Clerk of the Court using the CM/ECF filing system which will serve all counsel of record on February 9, 2026.

Michael Warner, Jr
Kaitlin Atlas
Kelsie Harriman
300 S. Wacker Dr, Suite 3400
Chicago, IL 60606
maw@franczek.com
ka@franczek.com
khh@franczek.com

/s/ Rachel Shapiro