**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**<u>DECLARATION OF RACHEL SHAPIRO</u>**

I, Rachel Shapiro, declare as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am providing this declaration of counsel in support of Plaintiff's petition for attorneys' fees.

3. I am a 2006 graduate of the Ohio State University, Moritz College of Law. I graduated *magna cum laude*, Order of the Coif, and was an Associate Editor of the law review. I graduated as a Public Service Fellow with a Certificate in Children's Studies. I was admitted to practice law in Illinois in 2006. I am admitted to practice in the Northern District of Illinois and Southern District of Illinois.

4. I am the Managing Attorney of the Special Education Clinic at Equip for Equality ("EFE"). I joined EFE as a Staff Attorney and Equal Justice Works Fellow in 2006, with a project focused on representing court-involved youth with disabilities who were not receiving

appropriate special education services or were facing push-out from school. I became a Supervising Attorney in 2014 and a Managing Attorney in 2021.

5. I manage and supervise all of EFE's work on behalf of youth involved in the juvenile legal system. As part of this role, I currently supervise six attorneys providing direct legal services to youth involved or at risk of involvement in the criminal legal system.

6. Additionally, through my work in the Special Education Clinic, I have personally provided legal advice or representation to hundreds of court-involved students with disabilities to ensure that they are receiving appropriate special education services and are not being excluded from school. I have represented clients in Individualized Education Program ("IEP") Meetings, school expulsion hearings, mediations, due process hearings, and federal court. I have represented students in juvenile detention centers, youth prisons, adult jails, and adult prisons.

7. In addition to my representation of individual students, I also represent youth with disabilities through a class action lawsuit. EFE serves as the Plaintiff's co-counsel in *R.J. et al v. Robert Vickery*, Case No. 12-cv-7289, a class action regarding treatment of youth in the Illinois Department of Juvenile Justice.

8. As part of my work on *R.J.*, I conduct monitoring visits to Illinois Youth Centers, review data, tour facilities, interview youth and staff members, and advocate with the Department of Juvenile Justice to ensure that the Department of Juvenile Justice provides youth with disabilities with appropriate educational services.

9. I also serve as counsel in *Hebert et al. v. Illinois Department of Corrections et al.,* No. 1:24-cv-07950, a putative class action regarding the lack of high school credit bearing classes and special education services for special education eligible students incarcerated in the Illinois Department of Corrections.

10. I have conducted numerous trainings on special education issues, including at statewide and national conferences.

11. I co-authored an article for the American Bar Association's Children's Rights Litigation Journal entitled *Representing Court-Involved Youth in Education Cases*, 15 Child. Rts. Litig. 9 (2012).

12. I was one of the primary authors of a lengthy investigation report about the largest juvenile detention center in Illinois. Equip for Equality, *Youth in Crisis: Stop Civil Rights Violations Against Vulnerable Students with Disabilities at the Cook County Juvenile Detention Center and Its Alternative School* (2023), http://equipforequality.org/wp-content/uploads/2024/11/jtdc_report.pdf.

13. I am the co-chair of the Juvenile Detention Center Working Group, a statewide group of court, detention center, and community stakeholders working collaboratively to improve the experience of youth in juvenile detention centers statewide.

14. The Illinois Supreme Court appointed me to the Juvenile Detention Center Taskforce, which is a group that is making recommendations to the Illinois Supreme Court about improving the experience of youth in juvenile detention centers statewide.

15. My billing rate is $475.00 per hour, which is based upon my overall experience and expertise, and is equal to or lower than that of attorneys performing similar work in the area.

16. My time in this case is reflected accurately in the timesheets submitted to this Court. The time shown reflects time entered contemporaneously with the work performed after reduction of "no charge" items. Additional time, spent on related but non-essential matters, has been deleted from these records.

17. The EFE submitted timesheets are a true and accurate reflection of my time on

this matter.

18. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]

Rachel Shapiro

2/6/26

Date