IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**DECLARATION OF ALEXANDRA KUSKE**

I, Alexandra Kuske, declare as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am providing this declaration of counsel in support of Plaintiff's petition for attorneys' fees.

3. I am a 2020 graduate of the Northwestern Pritzker School of Law. I was elected to Order of the Coif and was an Associate Editor of the Law Review. I was admitted to practice law in Illinois in 2021. I am also admitted to practice in the Northern District of Illinois and Southern District of Illinois.

4. I am a Staff Attorney in the Special Education Clinic at Equip for Equality ("EFE"). I joined EFE as a Staff Attorney in 2020. Within the Clinic, I manage our Language Access Project, which focuses on ensuring that youth and families who speak a primary language other than English receive quality special education services. I also work closely with our

Education Justice Project to support court and justice involved youth.

5. Through my work in the Special Education Clinic, I have personally provided legal advice or representation to students with disabilities to ensure that they are receiving appropriate special education services and are not being excluded from school. I have represented clients in Individualized Education Program ("IEP") Meetings, school expulsion hearings, mediations, and due process hearings. I have represented students in juvenile detention centers, youth prisons, adult jails, and adult prisons. I have also performed monitoring and systemic work at multiple youth detention facilities across Illinois.

6. I also serve as counsel in *Hebert et al. v. Illinois Department of Corrections et al.*, No. 1:24-cv-07950, a putative class action regarding the lack of high school credit bearing classes and special education services for special education eligible students incarcerated in the Illinois Department of Corrections.

7. I have conducted numerous trainings on special education and disability rights issues, including at statewide conferences.

8. I co-authored an article published by the Northwestern Children and Family Justice Center entitled *Community Convenings: Reimagining Investments in Illinois' Youth*, 6 Community Safety & The Future of Illinois' Youth Prisons (Jul. 2020).

9. I was one of the primary authors of a lengthy report about the largest juvenile detention center in Illinois. Equip for Equality, *Youth in Crisis: Stop Civil Rights Violations Against Vulnerable Students with Disabilities at the Cook County Juvenile Detention Center and Its Alternative School* (2023), http://equipforequality.org/wp-content/uploads/2024/11/jtdc_report.pdf.

10. My billing rate is $325.00 per hour, which is based upon my overall experience

and expertise, and is equal to or lower than that of attorneys performing similar work in the area.

11. My time in this case is reflected accurately in the timesheets submitted to this Court. The time shown reflects time entered contemporaneously with the work performed after reduction of "no charge" items. Additional time, spent on related but non-essential matters, has been deleted from these records.

12. EFE's submitted timesheets are a true and accurate reflection of my time on this matter.

13. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]

Alexandra Kuske

02/09/2026

Date