**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**DECLARATION OF AMANDA KLEMAS**

I, Amanda Klemas, declare as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am providing this declaration of counsel in support of Plaintiff's petition for attorneys' fees.

3. I am a 2011 graduate of Harvard Law School. I was admitted to practice law in Massachusetts in 2011 and in Illinois in 2015.

4. I am a Senior Attorney in the Special Education Clinic at Equip for Equality ("EFE"). I joined EFE as a Staff Attorney in 2014. Prior to joining Equip for Equality, I practiced law in Massachusetts as an Equal Justice Works Fellow and staff attorney at Massachusetts Advocates for Children, a non-profit organization that also provides special education representation to youth and families with special education needs. Within the Clinic, I provide direct supervision to three staff attorneys and legal fellows who work on special projects,

including projects that provide representation on behalf of youth who are juvenile court involved. I also organize the Clinic's legal intern program and work on grants for the Clinic, including grants that provide funding for youth and young adults who are court involved.

5. I have provided legal advice and/or representation to hundreds of youth and families with disabilities to ensure they receive the special education services to which they are entitled. I have also provided legal advice and/or representation on behalf of many students facing exclusion from school. I have attended Individualized Education Program ("IEP") meetings and state-sponsored mediation and have represented youth and families in administrative due process proceedings.

6. I have conducted numerous trainings on special education and disability rights, including at statewide and national conferences.

7. My billing rate is $425.00 per hour, which is based upon my overall experience and expertise, and is equal to or lower than that of attorneys performing similar work in the geographic area in which I practice.

8. My time in this case is reflected accurately in the timesheets submitted to this Court. I entered this time contemporaneously with the work performed after reduction of "no charge" items. Additional time I spent on related but non-essential matters has been deleted from these records.

9. EFE's submitted timesheets a true and accurate reflection of the time I spent on this matter.

10. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]

Amanda Klemas

1/26/26

Date