# DECLARATION OF CRISTINA KINSELLA

I, Cristina Kinsella, declare as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am providing this declaration of counsel in support of Plaintiff's petition for attorneys' fees.

3. I am a 2014 graduate of Thomas Jefferson School of Law in San Diego, California. I graduated *summa cum laude.* I was awarded the Wiley E. Manuel Certificate for Pro Bono Legal Services from the State Bar of California. I served as Chief Notes Editor for the Law Review. I was first admitted to practice law in 2015 in the State of California. I was admitted to the Illinois Bar on motion in 2024.

4. I hold an LLM in International Human Rights Law from the National University of Ireland, Galway.

5. I am a Senior Attorney in the Special Education Clinic at Equip for Equality ("EFE"). I joined EFE as a Staff Attorney in 2022 and was promoted to Senior Attorney in October 2024. I do most of my work within the Education Justice Project, advocating for children and young adults with disabilities who are involved in the criminal legal system or at risk of becoming involved with the criminal legal system.

6. Through my work in the Special Education Clinic, I have personally provided legal advice or representation to students with disabilities to ensure that they are receiving appropriate special education services and are not being excluded from school. I have represented clients in Individualized Education Program ("IEP") Meetings, school expulsion hearings, mediations, and due process hearings. I have represented students in juvenile detention centers, youth prisons, adult jails, and adult prisons.

7. I am currently the co-chair for the Juvenile Justice Council in Madison County. We meet monthly to discuss juvenile justice issues in Madison County and share resources to better serve the children of Madison County. As co-chair, I help run meetings, organize trainings, and share information.

8. Prior to joining Equip for Equality, I was employed as a Supervising Attorney with Disability Rights California starting in 2021. I supervised a team of both attorneys and non-attorneys providing legal advocacy to individuals with developmental disabilities receiving services through California's regional center system. Through my work with Disability Rights California, I represented dozens of clients in Individual Program Plan meetings, IEP meetings, mediations, and due process hearings.

9. I also worked as a Staff Attorney at Disability Rights California from 2017 to 2019. I was on a specialized team focusing on community integration of individuals with developmental disabilities who had spent years in institutional settings. I was primarily responsible for advocacy on behalf of individuals involved in the criminal legal system who were transitioning from an institution to the community.

10. I was a Deputy Public Defender in Kern County, California from 2019 to 2021. I represented hundreds of Kern County residents in criminal matters from arraignment to trial. I was on a specialized team that focused on representing individuals who were incarcerated in a Kern County prison and picked up charges in prison.

11. I have conducted numerous trainings on special education and disability rights issues in my work with Disability Rights California and Equip for Equality.

12. My billing rate is $375.00 per hour, which is based upon my overall experience and expertise, and is equal to or lower than that of attorneys performing similar work in the area.

13. My time in this case is reflected accurately in the timesheets submitted to this Court. The time shown reflects time entered contemporaneously with the work performed after reduction of "no charge" items. Additional time, spent on related but non-essential matters, has been deleted from these records.

14. The EFE submitted timesheets are a true and accurate reflection of my time on this matter.

15. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]

Cristina Kinsella