**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**<u>DECLARATION OF JESSICA RANGE</u>**

I, Jessica Range, declare as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. I am providing this declaration of counsel in support of Plaintiff's petition for attorneys' fees.

3. I am a 2011 graduate of the Thomas M. Cooley Law School. I was on the Dean's List and graduated with a Certificate of Merit in Family Law and a Certificate of Concentration in Litigation. I was admitted to practice law in Illinois in 2013. I am also admitted to practice in the Central District of Illinois.

4. Prior to joining Equip for Equality ("EFE") in 2020, I was in private practice, where I represented clients in various legal matters, including Family Law, Criminal Law, Estate Planning & Probate, and Administrative Law proceedings. I also represented indigent defendants in criminal and juvenile proceedings. I handled all stages of civil litigation and criminal

proceedings, including courtroom hearings and trials. I appeared regularly in circuit court and federal district court and prepared and filed all necessary pleadings, motions, briefs, and memoranda.

5. I am currently a Senior Attorney on the Civil Rights Team at Equip for Equality ("EFE"). I joined EFE as a Staff Attorney with the Special Education Clinic in 2020. I became the Clinic's Helpline Manager in 2021 and a Senior Attorney in 2024. I joined EFE's Civil Rights Team in 2025.

6. Through my work in the Special Education Clinic, I personally provided legal advice or representation to students with disabilities to ensure that they are receiving appropriate special education services and are not being excluded from school. I represented clients in Individualized Education Program ("IEP") Meetings, mediations, and due process hearings. I have represented students in the juvenile legal system and adult prisons.

7. I have conducted numerous trainings on special education and disability rights issues, including at statewide conferences. As the Special Education Clinic's Helpline Manager, I oversaw the Special Education Clinic Helpline and Pro Bono Helpline and conducted trainings for pro bono volunteers on special education law and EFE's intake process. As Helpline Manager, I also managed staff helpline schedules, internal resources, and ensured compliance with agency-wide policies.

8. As a Senior Attorney on the Civil Rights Team, I handle a wide range of legal issues affecting people with disabilities, including representing clients to remove barriers to public accommodations, government services, and living in the most integrated community setting; advising clients regarding their rights in employment discrimination, transportation accessibility, and freedom from abuse and neglect, as well as rights in institutions and

community settings and personal decision-making in the context of guardianship and other forms of substituted decision-making. I also provide assistance with intake management, including approving assignments and supporting staff and interns.

9. My billing rate is $375.00 per hour, which is based upon my overall experience and expertise, and is equal to or lower than that of attorneys performing similar work in the area.

10. My time in this case is reflected accurately in the timesheets submitted to this Court. The time shown reflects time entered contemporaneously with the work performed after reduction of "no charge" items. Additional time, spent on related but non-essential matters, has been deleted from these records.

11. EFE's submitted timesheets are a true and accurate reflection of my time on this matter.

12. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]

Jessica Range

2-7-2026

Date