**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**DECLARATION OF G. MICHAEL SHEA**

NOW COMES G. Michael Shea and declares under penalty of perjury that if called to testify in the trial of this case, he would state the following based upon his own personal and professional knowledge.

My name is G. Michael Shea and, pursuant to 28 U.S.C. § 1746, I state as follows:

1. I am one of the Plaintiff's attorneys in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.

2. I first became licensed to practice law in the state of Illinois in October 2013. I am admitted to practice in the Central District of Illinois.

3. I have been employed as a Staff Attorney in the Special Education Clinic at Equip for Equality ("EFE") since October 2014. I became a Senior Attorney in 2022 and became Helpline Manager in 2025. In these positions, I have represented parents at Individualized Education Program ("IEP") meetings, State-sponsored mediations, school expulsion hearings, administrative due process hearings, and federal court appeals of the same. In addition, I draft

letters to school officials on behalf of parents and young people, research education legal developments, supervise interns and Staff Attorneys, and provide extended assistance to parents acting as self-advocates for their children with disabilities.

4. I conduct numerous trainings on special education law to community providers and families of students with disabilities. As the Special Education Clinic's Helpline Manager, I oversee the Clinic's Special Education Helpline and Pro Bono Helpline and conduct trainings for pro bono volunteers on special education law and EFE's intake process.

5. From November 2011 until October 2014 I was employed at Webber & Thies, P.C. in Urbana, IL, first as a law clerk and then as an associate attorney after being admitted to the bar in October 2013. There I advised clients in matters regarding elder law, agricultural property easements, and I represented clients in state court in guardianship proceedings.

6. I received my J.D. from the University of Illinois College of Law in May 2013, *cum laude*.

7. In the Summer of 2011 I was a legal intern at Equip for Equality's Special Education Clinic.

8. My billing rate at Equip for Equality is $375.00 per hour, which is based upon my overall experience and expertise, and is the same as attorneys with similar expertise performing similar work in the area.

9. My time in this case is reflected accurately in the timesheets submitted to this Court. The time shown reflects time entered contemporaneously with the work performed after reduction of "no charge" items. Additional time, spent on related but non-essential matters has been deleted from these records.

10. The EFE submitted timesheets are a true and accurate reflection of my time on

this matter.

11. I would testify to the above if called to do so.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[redacted]______________

__February 6, 2026__________________________