**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | ) | **Case No.** 3:24-cv-02639<br>**CJRA Track:** TRACK C<br>**Mandatory Mediation:** Yes<br>**Presumptive Trial Month:** August 2026 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Antonio Monroe, by his attorneys, Equip for Equality, Inc. and moves this Honorable Court, pursuant to Rule 56 of the Fed. R. Civ. P. and Local Rule 56.1, to grant summary judgment in his favor by awarding attorneys' fees, costs, and Impartial Hearing Officer ordered reimbursable expenses in the amount of $302,050.95, plus prejudgment interest from the date the Due Process Hearing Order was issued, May 21, 2024, compounded monthly, and additional attorneys' fees for prosecution of this action, and such other relief as this Court deems just. In support thereof, Plaintiff submits the Memorandum of Law, Statement of Supplemental Facts, and the Joint Statement of Undisputed Facts.

Respectfully Submitted,

/s/Rachel Shapiro
Rachel Shapiro
One of the Attorneys for the Plaintiff

DATED: February 9, 2026

Olga Pribyl (ARDC No. 6190672)
Rachel Shapiro (ARDC No.6290735)
Alexandra Kuske (ARDC No. 6336043)
EQUIP FOR EQUALITY, INC.
20 North Michigan Ave., Suite 300

Chicago, IL 60602
(312) 341-0022

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a copy of the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,** along with Plaintiff's Memorandum of Law, to be filed electronically with the Clerk of the Court using the CM/ECF filing system which will serve all counsel of record on February 9, 2026.

K. Hope Harriman
Michael A. Warner
Kaitlin Atlas
Franczek P.C.
300 S. Wacker Dr.. Suite 3400
Chicago, IL 60606
khh@franczek.com
maw@franczek.com
ka@franczek.com

/s/ Rachel Shapiro