**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

ANTONIO MONROE,

Plaintiff,

v.

BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,

Defendants.

**Case No**. 3:24-cv-02639
**CJRA Track**: TRACK C
**Mandatory Mediation**: Yes
**Presumptive Trial Month**: August 2026

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully ask this Court to enter summary judgment in their favor and against Plaintiff, with respect to all claims asserted in his Complaint, pursuant to Fed. R. Civ. P. 56. In support of its motion, the Board submits the accompanying Memorandum of Law, Joint Statement Material Facts and Defendant's Statement of Supplemental Material Facts.

WHEREFORE, Defendants respectfully asks this Court to enter summary judgment in their favor and against Plaintiff.

Dated: February 9, 2026

Respectfully submitted,

**BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428, and ILLINOIS DEPARTMENT OF CORRECTIONS**

By: */s/ Kaitlin Atlas*
One of Their Attorneys

Kaitlin Atlas (ka@franczek.com)
John Swinney (js@franczek.com)
K. Hope Harriman (khh@franczek.com)
Special Assistant Attorneys General
Franczek P.C.
300 S. Wacker St., Suite 3400
Chicago, Illinois 60606
Telephone: (312) 986-0300
Facsimile: (312) 986-9192

*Attorneys for Defendants*

## CERTIFICATE OF SERBVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **Defendants' Motion for Summary Judgment** to be filed with the Clerk of the Court using the CM/ECF Filing System which will electronically serve copies upon all counsel of record on this 9th day of February 2026, namely:

Olga Frances Pribyl
Rachel L. Shapiro
Alexandra Kuske
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
olga@equipforequality.org
rachel@equipforequality.org
alexandra@equipforequality.org

*/s/ Kaitlin Atlas*