**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTONIO MONROE,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION,<br><br>Defendants. | **Case No**. 3:24-cv-02639<br>**CJRA Track**: TRACK C<br>**Mandatory Mediation**: Yes<br>**Presumptive Trial Month**: August 2026 |

**DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL FACTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, *INSTANTER***

Defendants, Board of Education of the Illinois Department of Juvenile Justice School District No. 428 and the Illinois Department of Corrections ("Defendants"), by and through its attorneys, Franczek P.C., respectfully requests this Honorable Court grant its leave to file their Response to Plaintiff's Supplemental Statement of Facts, *Instanter*. In support, Defendants state as follows:

1. In preparing to file cross motions for summary judgment with Plaintiff Antonio Monroe ("Plaintiff"), Defendants and Plaintiff agreed to a Joint Statement of Facts ("JSF"), ECF No. 47.

2. The JSF was filed on February 9, 2026, along with the Parties' cross motions for summary judgment. *See id.*

3. Plaintiff and Defendants both provided statements of additional facts. *See* Plaintiff's Statement of Supplemental Facts, ECF No. 46; Defendants' Statement of Additional Facts, ECF No. 52.

4. In its Response brief, Defendants denied, admitted, or responded to as appropriate the facts included in Plaintiff's Statement of Supplemental Facts. *See generally* Defendants' Memorandum in Support of its Motion for Summary Judgment, ECF No. 51.

5. However, Defendants did not file a separate pleading in response to Plaintiff's Statement of Supplemental Facts pursuant to L.R. 56.1.

6. Plaintiff filed a separate pleading in Response to Defendants' Statement of Additional Facts pursuant to L.R. 56.1. *See* ECF No. 54.

7. Because Defendants did not file a separate pleading in response to Plaintiff's Supplemental Statement of Facts pursuant to L.R. 56.1, it now respectfully seeks leave to file such Response *instanter.*

8. Defendants' proposed response to Plaintiff's Supplemental Statement of Facts does not contain or cite to any evidence or facts not already included in Defendants' Response to Plaintiff's Motion for Summary Judgement (ECF No. 55) or Defendants' Memorandum in Support of its Motion for Summary Judgment (ECF No. 51).

9. As such, no prejudice will result to Plaintiff if Defendants are allowed to file its attached Response to Plaintiff's Supplemental Statement of Facts *Instanter.* Exhibit 1.

10. Counsel for Defendants contacted counsel for Plaintiff on March 2, 2026 to determine if counsel for Plaintiff would oppose Defendants' request to file its Response to Plaintiff's Supplemental Statement of Facts. Counsel for Plaintiff indicated they will oppose this motion.

11. This request is made in good faith and not for the purpose of delay.

WHEREFORE, Defendants respectfully request leave to file their Response to Plaintiff's Supplemental Statement of Facts, *Instanter*.

Dated: March 2, 2026

Respectfully submitted,

**BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428 and ILLINOIS DEPARTMENT OF CORRECTIONS,**
Defendants.

By: */s/ Kaitlin Atlas*
One of Their Attorneys

Michael A. Warner, Jr. (maw@franczek.com)
Kaitlin Atlas (ka@franczek.com)
K. Hope Harriman (khh@franczek.com)
Special Assistant Attorneys General
Franczek P.C.
300 S. Wacker St., Suite 3400
Chicago, Illinois 60606
Telephone: (312) 986-0300
Facsimile: (312) 986-9192
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANTS BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428 and ILLINOIS DEPARTMENT OF CORRECTIONS' AMENDED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL FACTS, *INSTANTER*** to be filed with the Clerk of the Court using the CM/ECF Filing System which will electronically serve copies upon all counsel of record on this 2nd day of March, 2026, namely:

Olga Pribyl
Rachel Shapiro
Alexandra Kuske
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
olga@equipforequality.org
rachel@equipforequality.org
alexandra@equipforequality.org

*/s/ Kaitlin Atlas*