**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTONIO MONROE, | ) | |
| | ) | **Case No.** 3:24-cv-02639 |
| Plaintiff, | ) | **CJRA Track:** TRACK C |
| | ) | **Mandatory Mediation:** Yes |
| vs. | ) | **Presumptive Trial Month:** August 2026 |
| | ) | |
| BOARD OF EDUCATION OF THE ILLINOIS DEPARTMENT OF JUVENILE JUSTICE SCHOOL DISTRICT #428; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS STATE BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY TO SUPPORT EQUIP FOR EQUALITY'S HOURLY RATES**

Plaintiff, Antonio Monroe ("Plaintiff" or "Mr. Monroe"), by and through his attorneys, Equip for Equality, Inc. ("EFE"), respectfully requests this Honorable Court allow him to supplement his Cross Motion for Summary Judgement with additional support that has arisen since the time of filing relating to EFE's hourly rates. In support thereof, the Plaintiff states as follows:

1. This is an action pursuant to 20 U.S.C. § 1415(i)(3) for attorneys' fees and costs incurred by the Plaintiff who requested a due process hearing and prevailed against the Illinois Department of Juvenile Justice School District #428 ("District") and the Illinois Department of Corrections ("IDOC"). (Answer, ECF No. 9 at ¶¶ 1, 18-19)

2. On November 13, 2024, Mr. Monroe, through EFE, submitted a claim for attorneys' fees and costs to Defendants District and IDOC. (Complaint, ECF No. 1; Answer, ECF No. 9 at ¶ 16).

3. Defendants District and IDOC have failed to pay the Plaintiff the amount of fees

and costs reasonably incurred in the due process proceeding and reimbursable expert expenses ordered by the IHO. (Answer, ECF No. 9 at ¶ 17).

4. Mr. Monroe and Defendants filed Cross Motions for Summary Judgment on February 9, 2026, which are pending before this Court. (Pl. MSJ, ECF No. 48; Def. MSJ ECF No. 50).

5. In support of Plaintiff's Motion for Summary Judgment, Mr. Monroe included detailed information about EFE's reasonable hourly rates. (Pl. Memo MSJ, ECF No. 49 at 6).

6. The Illinois Department of Juvenile Justice ("IDJJ") is a party in another matter involving special education services for students with disabilities in the carceral system, where EFE represents the subclass of students with special education needs. *R.J. v. Vickery*, Case No. 12-CV-07289 (N.D. Ill. Sept. 2012).

7. On June 9, 2026, EFE filed an unopposed Motion for Fees in *RJ*. The Motion stated that EFE's standard hourly rates of $550 per hour for Olga Pribyl, $475 per hour for Rachel Shapiro, and $325 per hour for a staff attorney were reasonable and comparable to the rates charged by other special education attorneys in Illinois. (Plaintiff's Unopposed Motion for Fees, Pl.'s Ex. 1 at 5). IDJJ's attorney reviewed the Motion and did not oppose it. *Id.*

8. The parties agreed in *RJ* that IDJJ would pay EFE $350,000.00 in attorneys' fees. *Id.* at 9.

9. On June 16, 2026, Judge Matthew Kennelly granted the Motion and approved the award of $350,000 in attorneys' fees proposed by the parties. (Order 6.16.26, Pl.'s Ex. 2).

10. This relevant determination was not available to the Plaintiff at the time of filing his Motion for Summary Judgement before this Court.

11. Counsel met and conferred via email prior to this Motion being filed and

Defendants' counsel indicated that they were opposed to the Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court allow him leave to file additional authority in support of Equip for Equality's rates through the exhibits that follow.

Respectfully submitted,

Alexandra Kuske
One of the Attorneys for the Plaintiff

DATED: July 9, 2026

Olga Pribyl (ARDC No. 6190672)
Rachel Shapiro (ARDC No. 6290735)
Alexandra Kuske (ARDC No. 6339210)
EQUIP FOR EQUALITY
20 North Michigan Ave. Suite 300
Chicago, IL 60602
(312) 341-0022

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY** to be filed with the Clerk of the Court using the CM/ECF Filing System which will electronically serve a copy upon all parties of record on this 9th day of July 2026.

*/s//Alexandra Kuske*

alexandra@equipforequality.org