**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

R. J., et al.

Plaintiff,

v.

Case No.: 1:12−cv−07289
Honorable Matthew F. Kennelly

Candice Jones

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 6/16/2026. The motion for attorneys' fees filed by certain counsel for the plaintiff [503] is granted. Attorneys for Equip for Equality are awarded $350,000 in attorneys' fees for work done between January 29, 2019, and April 17, 2025. A joint status report with a proposal from each side about what steps are needed to bring the matter to a conclusion is to be filed by 7/21/2026. The case is set for an in−person status hearing on 7/28/2026 at 9:45 a.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.